2:08-cv-00038-RLH-RJJ

District Court Of Las Vegas . Nevada

FILED ✓RECEIVED
—ENTERED—SERVED ON
COUNSEL /PARTIES OF RECORD

Original Petition    2008 JAN 11  A 10: 39    Case

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

**Charles Caston**

N.O.W.

_____

**Plaintiffs**

-VS-    Shaunie ONEal
George Washington University
Calico Creek Apartments / Venessa Gilmore
Pro Tect Security, Clark County State Judge Hudson
U.S. Navy Discharge Review Board
D.O.D. Mullen
C.A.T. Citizen Area Transit B.O.D
Disable American Veteran Administration
Mustapha Farrakhan
Chief Gillispie
Bill Clinton , Martin King III

**Defendants**

1. Now comes Plaintiff who states that the Defendants violated the following Constitutional Amendments.

2. Defendants Violated the Forth Amendment.

3. Defendants Violated the Fifth Amendment.

4. Defendants Violated the Sixth Amendment.

5. Defendants Violated the Eighth Amendment.

6. Now comes plaintiff asking for a jury trial and for all punitive damages that the court may

Allow. And for an immediate hearing for a Temporary Restraining Order and a Order To Prevent

Violence and a Order To Seize Property that has been used for Criminal Activity.

Charles Caston        Charles Ali

Charles Caston
4760 E. Charleston Blvd. #5
Las Vegas, NV. 89104

(702) 457-6033

RECEIVED

NOV 1 4 2007

CLERK OF THE COURT