1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **DISTRICT OF NEVADA**
7 * * *
8 CHARLES CASTON, *et al.*,       )
                                   )
9            Plaintiff(s),         )       2:08-cv-0038-RLH-RJJ
                                   )
10     vs.                         )       **O R D E R**
                                   )
11 SHAUNIE ONEAL, *et al.*,        )
                                   )
12            Defendant(s).        )
_____)
13

14         Before this Court is the Report and Recommendation of United States Magistrate

15 Judge (#2, filed March 5, 2008), entered by the Honorable Robert J. Johnston, regarding the

16 frivolous nature of the Complaint  filed herein. No objection was filed to Magistrate Judge

17 Johnston's Report and Recommendation of United States Magistrate Judge in accordance with

18 Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of

19 Nevada and the matter was submitted for consideration.

20         The Court has conducted a *de novo* review of the record in this case in accordance

21 with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and

22 Recommendation of Magistrate Judge Johnston should be accepted and adopted.

23 / / / /

24 / / / /

25 / / / /

26 / / / /

1    IT IS THEREFORE ORDERED that Magistrate Judge's Report and

2  Recommendation (#2) is AFFIRMED and ADOPTED, and the Complaint is DISMISSED with

3  prejudice.

4    Dated: March 25, 2008.

5

6  _____

7  **Roger L. Hunt**
   **Chief United States District Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26